THE STATE v. THOMPSON.

Criminal law: MURDER IN FIRST DEGREE: INDICTMENT. *The State* v. *McCormick*, 27 Iowa, 402, and *The State* v. *Watkins*, id. 415, holding that to constitute a good indictment for murder in the first degree, it must charge that the *killing* was willful, deliberate and premeditated, followed. The allegation that the *assault* was willful, deliberate and premeditated will not suffice.

*Appeal from Fayette District Court.*

MONDAY, APRIL 24.

THE defendant was indicted at the September term, 1869, of the district court for Clayton county, for the murder of Maria Hagerty, in December, 1868. A change of venue was had to Fayette county, where the defendant was tried at the June term, 1870, and found guilty of murder in the first degree, and sentenced to be hanged on the 9th day of September following. He appealed to this court, and stay of proceedings was had accordingly.

*S. Updegraff*, *E. Odell* and *Noble, Hatch & Frese* for the appellant.

VOL. XXXI.— 50

*Jno. T. Stoneman, C. T. Granger* and *Samuel Murdock*, with *H. O'Connor*, Attorney-General, for the State.

Per Curiam. — The indictment in this case is the same in substance and legal effect as the indictments in the cases of *The State* v. *McCormick*, 27 Iowa, 402, and *The State* v. *Watkins*, id. 415. No conviction, therefore, for murder in the first degree could legally be had under this indictment. It charges the defendant only with the crime of murder in the second degree. The jury have found the defendant guilty as charged in the sixth count of the indictment. For that offense, the highest penalty is imprisonment in the penitentiary for life. Rev., § 4193. The district court could not properly render judgment for any thing more than this penalty and costs. This court is clothed with the power, in criminal cases, to render such judgment as the district court should have rendered. Rev., § 4925. And the attorney-general having moved for the entry of such judgment in this case, and the defendant not objecting, but assenting thereto, such judgment will be accordingly entered, as was done in *The State* v. *McCormick*, *supra*. The judgment appealed from is therefore, at the costs of the appellee, modified and

Affirmed.